*Ten Eyck* for Hadjipateras et al.; and *Roscoe H. Hupper* and *Ray Rood Allen* for the Hellenic Lines, Ltd., respondents.

No. 814. GOLDBLATT ET AL. *v.* ZAMORE, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 2d Cir. Certiorari denied. *George J. Rudnick* for petitioners. *Max Schwartz* for Zamore, respondent.

No. 776. CARDOX CORPORATION *v.* ARMSTRONG COAL-BREAK CO. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edward R. Johnston, George I. Haight, Andrew J. Dallstream* and *Fredric H. Stafford* for petitioner. *Bernard A. Schroeder* and *Eugene C. Knoblock* for respondent.

No. 246, Misc. EATON *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se.* *J. E. Taylor,* Attorney General of Missouri, and *Gordon P. Weir,* Assistant Attorney General, for respondent.

No. 407, Misc. LIVOLSI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 411, Misc. BRADFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.